-PS-O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

JOHN F. JOHNSON,

          Plaintiff,

            DECISION AND ORDER
    -v-             06-CV-6083T

HARRIS CORPORATION, et al.,

          Defendants.

_____


     Plaintiff has moved to have counsel appointed to represent him in this civil matter (Docket

No. 4).  For the reasons stated below, the motion is denied without prejudice to renewal at a later

time.

     There is insufficient information before the Court at this time to make the necessary

assessment of plaintiff's claims because the defendants have not yet answered the complaint.

Therefore, plaintiff's motion for appointment of counsel is denied without prejudice at this time.

     IT IS SO ORDERED.

_____
                       DAVID G. LARIMER
                   United States District Judge


DATED:   April 5, 2006
       Rochester, New York